Le Roy S. Gove, as Trustee in Bankruptcy of Franklin Typewriter Company, a Corporation, Respondent, Appellant, v. Morton Trust Company, Impleaded with Levi L. Tower and Cutter-Tower Company, Appellants, Respondents.— Judgment affirmed, without costs. No opinion.

Eleanor Bensinger and Benjamin E. Bensinger, as Ancillary Executors, etc., of Moses Bensinger, Deceased, Appellants, v. Joel B. Erhardt, Respondent, and Max Mayer, Appellant.— Judgment and order affirmed, with costs. No opinion.

William B. Estabrook, Respondent, v. William B. Sommerville, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Herman Seiffert, Appellant, v. William Bunger, Respondent.— Judgment affirmed, with costs. No opinion.

Edward S. Hosmer, as Trustee, Appellant, v. Burnett Y. Tiffany and Another, Respondents.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Theresa Steinman v. Sigmund B. Steinman.— Motion granted, with ten dollars costs.

Dennis E. Sheehan v. Joseph Martin and Another.— Motion denied, with ten dollars costs.

Eugene J. Mulstay v. Patrick J. Carlin.— Motion granted, with ten dollars costs.